UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN TORRES, | No. C 09-3907 MHP (pr) |
|     Petitioner, | **ORDER OF TRANSFER** |
|     v. | |
| ANTHONY HEDGPETH, warden, | |
|     Respondent. | |

Jose Juan Torres has filed a petition for writ of habeas corpus to challenge his conviction and sentence from the Kings County Superior Court. Kings County lies within the venue of the Eastern District of California. Torres is currently incarcerated at Salinas Valley State Prison in Monterey County, which is within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: November 20, 2009

                                                    Marilyn Hall Patel
                                                  United States District Judge